OPINION — AG — **** COMPUTATION OF STATE AID TO LOCAL SCHOOL DISTRICTS **** TITLE 70 O.S. 1971, 18-112 [70-18-112] GUARANTEES THAT NO SCHOOL DISTRICT WILL RECEIVE LESS STATE AID UNDER THE NEW STATE AID FORMULA THAN THE DISTRICT RECEIVED UNDER THE PREVIOUS LAW. THE COMPUTATION INTO THE PREVIOUS "Q" FACTOR FORMULA OF SPECIAL EDUCATION AID ALLOWED BY 70 O.S. 1971, 18-109 [70-18-109] IS NOT PERMITTED BY 70 O.S. 1971, 18-112 [70-18-112] CITE: 70 O.S. 1970 Supp., 18-7A [70-18-7A], (C. LARRY PAIN) ** SEE: OPINION NO. 73-235 (1973) **